**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                                No. CR 18-1105 JB

JOSE JESUS CRUZ,

    Defendant.

## ORDER

THIS MATTER having come before the Court on the written motion of the United States Attorney for the District of New Mexico pursuant to U.S.S.G. § 3E1.1(b) for a downward adjustment in the offense level of one (1) additional level in sentencing the above-named defendant, and the Court being fully advised in the premises, FINDS that the defendant's offense level should be adjusted downward by one (1) additional level for acceptance of responsibility.

**IT IS THEREFORE ORDERED** that the offense level be adjusted downward by one (1) additional level for acceptance of responsibility in sentencing the above-named defendant.

*/s/ James O. Browning*
UNITED STATES DISTRICT JUDGE